UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:05 CR 59 JCH (DDN) |
| ) | |
| STANFORD STOKES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Defendant's pre-trial Motion to Determine Defendant's Mental Competency, filed April 29, 2005. (Doc. No. 13). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David D. Noce, who filed a Report and Recommendation on September 8, 2005. (Doc. No. 22). Neither party submitted objections to the Report and Recommendation.

The Magistrate Judge recommends that the Defendant is competent to stand trial. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 22) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Stanford Stokes is competent to stand trial.

Dated this 10th day of November, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com